UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NATHAN BEST, *et al.*,

         *Plaintiffs*,

v.

STEPHEN C. JAMES, *et al.,*

         *Defendants*.

No. 3:20-cv-299

## JOINT REPORT AND PROPOSED CASE MANAGEMENT PLAN

1. <u>Certification of Conference</u>.  Pursuant to Fed. R. Civ.  P. 26(f), Clark C. Johnson, and Michael Leigh, counsel for Plaintiffs, and Andrew Dorman, counsel for Defendant James, conferred on October 13, 2022 and on October 20, 2022.

2. Description of the facts and issues in the case:

   Plaintiffs' assert claims under ERISA, 29 U.S.C. § 1001, *et seq.* against Defendants for, among other things, breach of fiduciary duty relating to Defendants' decision to sell substantially all of the ISCO Industries, Inc.'s Employee Stock Ownership Plan ("ESOP") at a deficient price back to Defendant ISCO and its controlling insiders in 2018 in a prohibited and imprudent transaction. The Court recently granted a motion by Defendants ISCO Industries, James Kirchdorfer, and Mark Kirchdorfer to compel arbitration of any claims against them. That leaves only Defendant Stephen C. James, the former Trustee of the ESOP, as a Defendant against whom claims will proceed in this action.

   Defendant James answered the Complaint in July 2020, and denies any wrongdoing and has asserted a number of affirmative defenses to the action.

3. Description of Discovery. Pursuant to Fed. R. Civ. P. 26(f)(3)(B), the parties submit that discovery into the following subjects is necessary: liability and remedies for the claims asserted by Plaintiffs and defenses raised by Defendants.

   The parties have engaged in some preliminary document discovery, pursuant to a Fed. R. Civ. P. 26(d)(1) stipulation reached on March 24, 2022.

4.  Discovery Schedule.  The parties have agreed to the following discovery schedule:

| Action | Deadline |
|---|---|
| Parties exchange Fed. R. Civ. P. 26(a)(1) disclosures | December 1, 2022 |
| Deadline to Amend Pleadings | May 1, 2023 |
| Motion for Class Certification | May 15, 2023 |
| Opposition to Class Certification | June 26, 2023 |
| Reply to Motion for Class Certification | July 17, 2023 |
| Fact discovery closes | November 1, 2023 |
| Fed. R. Civ. P. 26(a)(2) disclosures | December 18, 2023 |
| Rebuttal 26(a)(2) disclosures | February 1, 2024 |
| Expert discovery closes | April 1, 2024 |
| Any supplementation of discovery needed | 45 days before trial |

5.  Settlement.  The parties do not believe settlement discussions are appropriate at this time.  However, the parties remain open to engaging in reasonable settlement discussions in good faith.

6.  Pretrial Conference and Disclosures:  The parties request a pretrial conference after the disposition of dispositive motions and 30 days before trial.  If no dispositive motions are filed, such a conference is requested within two weeks after the last date for filing such motions.  The parties agree that Fed. R. Civ. Proc. 26(a)(3) witness lists, designation of witnesses whose testimony will be presented by deposition, and exhibit lists will be submitted 14 days prior to the Pretrial Conference.  Objections under Rule 26(a)(3) shall be made within the time period provided by that rule.

7. <u>Other Matters</u>.

    a.  Pursuant to Fed. R. Civ. P. 26(f)(3)(D), the parties entered into a confidentiality agreement related to the exchange of information in this case. The parties also agree to comply with the provisions of Fed. R. Civ. P. 26(b)(f).

    b.  The parties agree to exchange requests for discovery and responses to those requests electronically.

    c.  The parties do not consent to referral of this case to a magistrate judge.

    d.  Pursuant to Fed. R. Civ. P. 26(f)(3)(C), the parties discussed document preservation and the form of production and have not identified any issues at this time. The parties further agreed to work in good faith to resolve any such issues and agree to an ESI production protocol

    e.  Pursuant to Fed. R. Civ. P. 26(f)(3)(F), the parties agree that the Court need not issue any other orders under Rule 26(c) or under Rule 16(b) and (c) at this time.

    f.  The parties believe trial will require 10 trial days.

    g.  Mutually convenient dates for a trial are:

- June 10–21, 2024; and
- July 8–19, 2024.

Respectfully submitted,

/s/ Steven B. Lowrey
Andrew J. Dorman
Steven B. Lowery
Reminger Co., LPA – Cleveland
101 Prospect Ave. West, Ste. 1400
Cleveland, OH 44115
Tel:   (216) 430-2169
Email: adorman@reminger.com
       slowery@reminger.com

*Counsel for Defendant James*

/s/ Michael T. Leigh
Clark C. Johnson
Michael T. Leigh
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Fl.
Louisville, KY 40202
Tel:   (502) 416-1630
Email: cjohnson@kaplanjohnsonlaw.com
       mleigh@kaplanjohnsonlaw.com

*Counsel for Plaintiffs*

**Certificate of Service**

I certify that on November 1, 2022, I filed the foregoing using the Court's CM/ECF filing service, which caused electronic notification on all counsel of record.

 /s/ Michael T. Leigh

*Counsel for Plaintiffs*